AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED ENTERED
LODGED RECEIVED

OCT 17 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

US Mail Parcel, bearing confirmation number EE 401 242 485 US

Case No. MJ18-470

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Washington *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before Oct 26, 2018 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any U.S. Magistrate Judge in Western District of Washington.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____________.

Date and time issued: Oct 12, 2018 11:30AM

[signature]
*Judge's signature*

City and state: Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO# 2018R01198

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2308127-PMN | 10/16/2018 @ 10:00 AM | USPS |

Inventory made in the presence of : Postal Inspector Nelson Rivera

Inventory of the property taken and name of any person(s) seized:

- $7,000.00 Cash (U.S. Currency)
- (2) word search puzzle books used for concealment

JPL 10/16/18

JPL 10/16/18

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

MAT

Date: 10/16/2018

[signature]
*Executing officer's signature*

Justin P. Lothyan / U.S. Postal Inspector
*Printed name and title*

**ATTACHMENT A**
Parcel to be searched

One Express Mail parcel addressed to "Cristian Mercado, 23911 60th Ave W, Mountlake Terrace WA 98043," with a return address of "Darius Amos, 200 Hallmark Dr. Apt 214, Columbia, TN 38401." The SUBJECT PARCEL measures approximately 12.5" x 9.5" x 2.0" with a weight of approximately 1 pound, 9.5 ounces. The SUBJECT PARCEL is postmarked October 9, 2018, from Columbia, TN 38401, and carries $24.70 in postage. The tracking number assigned to the SUBJECT PARCEL is EE 401 242 485 US.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**
Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b):

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the packages.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970